IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**PERCIVAL LARONE WILLIAMS,**

    **Plaintiff,**

v.                                                                        Case No. 1:21-cv-161-AW-GRJ

**JUDGE PHILLIP A. PENA, et al.,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING MOTION FOR LEAVE TO APPEAL IFP

I have considered the magistrate judge's October 28, 2021 Report and Recommendation. ECF No. 11. I have also considered de novo Plaintiff's objections. ECF No. 12. I now conclude, having carefully considered the matter, that dismissal is appropriate. The Report and Recommendation (ECF No. 11) is adopted and incorporated into this order. The clerk will enter a judgment that says, "Plaintiff's complaint is dismissed with prejudice without leave to amend pursuant to 28 U.S.C. § 1915A." The clerk will then close the file.

Next, Plaintiff has filed a paper stating that he has "questions about the above mention case of the recommendation from the district court decision," that he "wish[es] to appeal this case for further action," and that he has contacted an attorney. ECF No. 13. Because there was no final order at the time, I construed this as a further notice of objection to the report and recommendation. If Plaintiff wishes

1

to appeal the judgment that will enter pursuant to this order, he must file a separate notice of appeal, along with the appellate filing fee. Plaintiff's motion for leave to appeal IFP (ECF No. 14) is DENIED. Although Plaintiff qualifies financially, I certify, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal would be "'without arguable merit either in law or fact.'" *Napier v. Preslicka*, 314 F.3d 528, 531 (11th Cir. 2002) (quoting *Bilal v. Driver*, 251 F.3d 1346, 1349 (11th Cir. 2001)). This is for the reasons set out in the Report and Recommendation.

SO ORDERED on December 29, 2021.

s/ *Allen Winsor*
United States District Judge